AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Guadalupe CORTINAS JR.**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 06, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:

Continued on Affidavit

☑ Continued on the attached sheet.

/S/Javier Molano
*Complainant's signature*

Javier Molano, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: June 07, 2022

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Guadalupe CORTINAS JR. | Case Number: |

1. On June 6, 2022, a Border Patrol Agent (BPA) was working his assigned duties at the United States Border Patrol immigration checkpoint located at the 29th mile marker of Interstate Highway 35 near Laredo, Texas in Webb County.

2. At approximately 2:35 a.m., a gray Chevrolet Tahoe approached the primary inspection lane. The BPA asked the driver, Guadalupe Cortinas Jr., if he could lower the rear driver's side window and Cortinas Jr. complied. The BPA observed a great deal of what appeared to be camping gear piled inside the rear of the vehicle. The BPA asked Cortinas Jr. if he was going camping. Cortinas Jr. said no and continued by saying he was going to pick up his sister. The BPA noticed the shape of a human head underneath a sheet. The BPA proceeded to touch the object and felt a human's facial features and ear under the sheet. The BPA instructed Cortinas Jr. to exit the vehicle as he proceeded to search for more concealed subjects. Cortinas Jr. along with eight subjects who were discovered concealed in the vehicle, were escorted into the checkpoint building.

3. Once inside, BPAs performed an immigration inspection of the eight subjects and determined they were illegally present in the United States. Cortinas Jr. and the eight subjects were placed under arrest.

4. Cortinas Jr. stated he was under the influence of alcohol and cocaine; therefore, a statement was not obtained.

5. Isaud Guzman-Castro and Jesus Guzman-Castro both citizens of Mexico will be used as material witnesses for the smuggling case of Cortinas Jr. They made arrangements in Mexico, to be smuggled into the United States and ultimately be taken to Colorado. They claimed after illegally entering the United States they were taken to multiple houses. They mentioned they were picked up by a vehicle to take them north through the checkpoint. As they approached the checkpoint, the driver instructed them to be quiet.

SUBSCRIBED and SWORN to before me on

_____7th_____ day of _____June, 2022_____

_____  /S/ Molano, Javier    Border Patrol Agent
Signature of Judicial Officer    Signature of Complainant